**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PUSH DATA, LLC | |
| *Plaintiff,* | C.A. No. 4:24-cv-405-ALM |
| v. | |
| SMOOTHIE KING FRANCHISES, INC., | JURY TRIAL DEMANDED |
| *Defendant.* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Push Data, LLC

("Plaintiff") hereby dismisses this action against Defendant Smoothie King Franchises, Inc.

("Defendant") without prejudice. According to Fed. R. Civ. P. 41(a)(1)(A)(i), an action may be

dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before

service by the adverse party of an answer. Defendant has not yet answered the Complaint.

Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action against

Defendant without prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: June 28, 2024

SHEA | BEATY PLLC

*/s/ Trevor Beaty*
Trevor Beaty
trevor@sheabeaty.com
One Grande Centre
1800 Teague Drive, Suite 500
Sherman, TX 75090
Telephone: (903) 870-7771
Facsimile: (903) 870-7888

*Attorney for Plaintiff*
*Push Data, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024 I electronically filed the above document(s) with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Trevor Beaty*
Trevor Beaty