AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **EASTERN DISTRICT OF TEXAS**  on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:24-cv-405 | DATE FILED<br>5/8/2024 | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS |
|---|---|---|
| PLAINTIFF<br>PUSH DATA LLC, | | DEFENDANT<br>SMOOTHIE KING FRANCHISES, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,058,395 | 6/6/2006 | Push Data LLC |
| 2 | 7,292,844 | 11/6/2007 | Push Data LLC |
| 3 | 7,212,811 | 5/1/2007 | Push Data LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Notice of Dismissal: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this civil case is dismissed without prejudice.

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>J. Michell Baxter | DATE<br>6/28/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy